UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARIO CAVIN,              )
                          )
        Plaintiff,        )      Case No. 1:07-cv-1231
                          )
v.                        )      HON. JANET T. NEFF
                          )
PATRICIA L. CARUSO et al.,)      **ORDER FOR PARTIAL SERVICE**
                          )
        Defendants.       )
                          )

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendants Patricia Caruso, Mary Berghuis, Rick Smith, Bobbi Smith, John Fager and Jeff Minnerick be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that upon receipt of the copies required by this order, the Clerk shall arrange for service of summons and complaint, along with a copy of this order, upon Defendant Barbara Allen.

IT IS FURTHER ORDERED that Defendant shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(1).


Dated: January 2, 2008           /s/ Janet T. Neff
                                 JANET T. NEFF
                                 United States District Judge